# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., *et al.*; | §§§§§ | |
| *Plaintiff,* | §§ | |
| v. | §§ | Adv. No. 20-51002 (BLS) |
| Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | §§§§§§§§ | |
| *Defendants.* | § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedures and the attached certification, counsel moves the admission *pro hac vice* of Samuel M. Stricklin, of Stricklin Law Firm, P.C., to represent the Official Committee of Unsecured Creditors, in the above-captioned case and any related proceedings.

Dated: November 5, 2020

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: jwaxman@morrisjames.com

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, and in good standing as a member of the State of Texas. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: November 5, 2020　　　　　　　*/s/ Samuel M. Stricklin*
　　　　　　　　　　　　　　　　　　　Samuel M. Stricklin, Esq.
　　　　　　　　　　　　　　　　　　　STRICKLIN LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　　Palisade Central II
　　　　　　　　　　　　　　　　　　　2435 North Central Expressway
　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　Richardson, TX 75080
　　　　　　　　　　　　　　　　　　　Telephone 972-238-8687
　　　　　　　　　　　　　　　　　　　E-mail: Sam.stricklin@stricklaw.pro

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: November 9th, 2020 Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**