# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OLD LC, INC., *et al.*,[1] ) | |
| ) | Case No. 19-11791 (BLS) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| Official Committee of Unsecured Creditors ) | Adversary Proceeding No. 20-51002 |
| of Old LC, Inc., et al., for and on behalf of ) | |
| the estates of Old LC, Inc., et al.; ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Upfront V, LP, Breakwater Credit ) | |
| Opportunities Fund, L.P.; Upfront GP V, ) | |
| LLC; Mark Suster; Dana Kibler; Gregory ) | |
| Bettinelli; Saif Mansour; Aamir Amdani; ) | |
| Eric Beckman; Darrick Geant; and Joseph ) | |
| Kaczorowski ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

    The undersigned hereby certifies that the omnibus hearing date set forth on the proposed order attached hereto was obtained from the Court.

Dated: November 10, 2020        **ROBINSON & COLE LLP**

                                      */s/ Jamie L. Edmonson*
                                      Natalie D. Ramsey (No. 5378)
                                      Jamie L. Edmonson (No. 4247)
                                      Mark A. Fink (No. 3946)
                                      1201 N. Market Street, Suite 1406
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 516-1700
                                      Email: nramsey@rc.com
                                                jedmonson@rc.com
                                                mfink@rc.com

---

[1]     The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

- and -

| | |
|---|---|
| **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Mark I. Duedall (No. 3346)<br>Leah Fiorenza McNeill (Admitted *pro hac vice*)<br>1201 W. Peachtree Street, NW, 14th Floor<br>Atlanta, Georgia 30309-3471<br>Telephone: (404) 572-6600<br>Facsimile: (404) 572-6999<br>Email: mark.duedall@bclplaw.com<br>        leah.fiorenza@bclplaw.com | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Andrew J. Schoulder (Admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: (212) 541-2000<br>Facsimile: (212) 541-4630<br>Email: andrew.schoulder@bclplaw.com<br><br>*Co-counsel to the Debtors and Debtors in Possession* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OLD LC, INC., *et al.*,[2] ) | |
| ) | Case No. 19-11791 (BLS) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| Official Committee of Unsecured Creditors ) | Adversary Proceeding No. 20-51002 |
| of Old LC, Inc., et al., for and on behalf of ) | |
| the estates of Old LC, Inc., et al.; ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Upfront V, LP, Breakwater Credit ) | |
| Opportunities Fund, L.P.; Upfront GP V, ) | |
| LLC; Mark Suster; Dana Kibler; Gregory ) | |
| Bettinelli; Saif Mansour; Aamir Amdani; ) | |
| Eric Beckman; Darrick Geant; and Joseph ) | |
| Kaczorowski ) | |
| ) | |
| Defendant. ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned proceeding.

**December 16, 2020 at 10:15 a.m.**

---

[2] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.