## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:   Old Loot Crate, Inc.,<br>                    Debtor. | Case No.: 19-11791 (BLS)<br><br>Chapter: 11 |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.,<br>                    Plaintiff,<br><br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler, Gregory Bettinelli, Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, Joseph Kaczorowski,<br>                    Defendants. | Adv. Proc. No.: 20-51002 (BLS) |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | | |
|---|---|---|
| Jeffrey R. Waxman (DE Bar No. 4159)<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>E-mail: jwaxman@morrisjames.com<br>E-mail: emonzo@morrisjames.com | Joel B. Bailey, Esquire<br>Joshua L. Hedrick, Esquire<br>HEDRICK KRING, PLLC<br>1700 Pacific Avenue, Suite 4650<br>Dallas, Texas 75201<br>Telephone: (214) 880-9625<br>E-mail: Josh@HedrickKring.com<br>E-mail: Joel@HedrickKring.com | Samuel M. Stricklin, Esquire<br>STRICKLIN LAW FIRM, P.C.<br>Palisade Central II<br>2435 North Central Expressway<br>Suite 1200<br>Richardson, Texas 75080<br>Telephone 972-2388687<br>E-mail: Sam.stricklin@stricklaw.pro |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| Address: | 824 N. Market Street<br>Wilmington, DE 19801 | Room: Courtroom #1<br>Date and Time: December 16, 2020 at 10:15 a.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**
Date: November 11, 2020

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

W̶̶̶̶̶̶̶̶̶̶2289215.v1-11/11/20