## CERTIFICATE OF SERVICE

I, Jeffrey R. Waxman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made November 11, 2020 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

SEE ATTACHED LIST

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>November 16, 2020</u>                                                 <u>/s/ *Jeffrey R. Waxman*</u>
          Date                                                                      Signature

> Print Name: Jeffrey R. Waxman, Esq.
>
> Business Address: 500 Delaware Avenue, Suite 1500
>
> City: Wilmington     State: DE     Zip: 19801

## SERVICE LIST

Dean A. Ziehl, Esquire
Jeremy V. Richards, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801

*Counsel for Upfront V, LP, Upfront GP V, LLC,
Mark Suster, Dana Kibler, and Gregory Bettinelli*

Craig A. Wolfe, Esquire
Jason R. Alderson, Esquire
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

-and-

John V. Gorman, Esquire
Jody C. Barillare Esquire
Kelsey A. Bomar Esquire
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801

*Counsel for Breakwater Credit Opportunities Fund, L.P.,
Saif Mansour, Aamir Amdani, Eric Beckman,
Darrick Geant, and Joseph Kaczorowski*