**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Old LC, Inc. *et al*.,<br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.  19-11791 (BLS) |
| Official Committee of Unsecured Creditors<br>of Old LC, Inc., *et al.*, for and on behalf of<br>the estates of Old LC, Inc., *et al*.;<br>　　　*Plaintiff,*<br>v.<br>Upfront V, LP, Breakwater Credit<br>Opportunities Fund, L.P., *et al.*,<br>　　　*Defendants*. | Adv. No. 20-51002 (BLS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves for the admission *pro hac vice* of Sabin Willett of Morgan, Lewis & Bockius LLP to represent Defendants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski in the above-captioned case.

Dated: November 23, 2020

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: (302) 574-7294
Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Sabin Willett*
Sabin Willett
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.