IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Old LC, Inc. *et al.*,<br>                                    Debtors. | Chapter 11<br><br>Case No.  19-11791 (BLS) |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*;<br>          *Plaintiff,*<br>v.<br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., *et al.*,<br>          *Defendants*. | Adv. No. 20-51002 (BLS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves for the admission *pro hac vice* of Sabin Willett of Morgan, Lewis & Bockius LLP to represent Defendants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski in the above-captioned case.

Dated: November 23, 2020                    **MORGAN, LEWIS & BOCKIUS LLP**

                              */s/ Jody C. Barillare*
                              Jody C. Barillare (#5107)
                              1201 N. Market Street, Suite 2201
                              Wilmington, Delaware 19801
                              Telephone: (302) 574-7294
                              Email: jody.barillare@morganlewis.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                              */s/ Sabin Willett*
                              Sabin Willett
                              One Federal Street
                              Boston, MA 02110-1726
                              Tel: (617) 951-8775
                              sabin.willett@morganlewis.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 24th, 2020                    **BRENDAN L. SHANNON**
Wilmington, Delaware                          **UNITED STATES BANKRUPTCY JUDGE**