# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OLD LC, INC., *et al.*,[1] ) | |
| ) | Case No. 19-11791 (BLS) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| ) | |
| Official Committee of Unsecured Creditors ) | |
| Of Old LC, Inc., *et al.*, for and on behalf of ) | |
| the estates of Old LC, Inc., *et al.*; ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 20-51002 (BLS) |
| ) | |
| Upfront V, LP, Breakwater Credit ) | |
| Opportunities Fund, L.P.; Upfront GP V, ) | |
| LLC; Mark Suster; Dana Kibler; Gregory ) | |
| Bettinelli; Saif Mansour; Amir Amdani; ) | |
| Eric Beckman; Darrick Geant; and Joseph ) | |
| Kaczorowski; ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 16, 2020 AT 10:00 A.M. (EDT)

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL,LLC at 866-582-6878 no later than December 15, 2020 at 4:00 p.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall.

**PLEASE NOTE THAT YOU MUST APPPEAR THROUGH BOTH COURTCALL AND ZOOM. TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM PARTIES SHOULD USE THE FOLLOWING.**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1611260001

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Avenue, Los Angeles, CA 90031.

**Meeting ID: 161 126 0001**
**Passcode: 478817**

I. **CONTINUED MATTERS**

1.  Fourth Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 404 – filed January 31, 2020]

    Objection/Response Deadline:    February 10, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:

    a.  Objection and Reservation of Rights of Promevo, LLC to Debtors' Fourth Notice of Assumption and Assignment of Additional Contracts and Related Cure Amounts [Docket No. 416 – filed February 10, 2020]

    Status:    This matter is continued with respect to the objection of Promevo, LLC to a date to be determined.

2.  Administrative Expense Claim for Post-Petition Taxes Due to Washington State Department of Revenue and Request for Payment [Docket No. 379 – filed January 13, 2020]

    Objection/Response Deadline:    February 12, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Status:    This matter is continued to a date to be determined.

3.  Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases Under Chapter 7 [Docket No. 605, filed July 22, 2020]

    Objection/Response Deadline:    August 12, 2020 at 4:00 p.m. (ET)

    Related Documents:

    a.  The Official Committee of Unsecured Creditors Motion for Entry of an Order Shortening and Limiting the Notice with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases Under Chapter 7 [Docket No 606, filed July 22, 2020]

    b.  Notice of Motion [Docket No. 612, filed July 29, 2020]

    Objections/Responses Received:

    a.    Objection of the Debtors to the Official Committee of Unsecured Creditors' Motion for Entry of an Order Shortening and Limiting the Notice with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtor' Cases to Cases Under Chapter 7 [Docket No. 608, filed July 24, 2020]

    b.    Objection of the Debtors to Emergency Motion of the Official Committee of Unsecured Creditors for an Order, Pursuant to Section 1112(b) of the Bankruptcy Code, Converting the Debtors' Cases to Cases Under Chapter 7 [Docket No. 619, filed August 12, 2020]

Status:    This matter is continued to a date to be determined.

## II.    MATTERS GOING FORWARD

4.    Application of the Official Committee of Unsecured Creditors to Authorize the Retention of Strickland Law Firm, P.C. and Hendrick Kring, PLLC as Special Litigation Counsel to the Committee Nunc Pro Tunc to October 29, 2020 [Docket No. 754, filed November 30, 2020]

Objection/Response Deadline:    December 9, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

    a.    Informal Comments from the United States Trustee.

    b.    Informal Comments from Dana Kibler, Mark Suster, and Upfront V, L.P.

**Status:**  This matter will be going forward. No witnesses will testify.

5.    Summons and Notice of Pre-Trial Conference [Adv. Docket No. 10, filed November 11, 2020]

Related Documents:

    a.    Complaint and Objection to Claims [Adv. Docket No. 1, filed November 2, 2020]

    b.    Order Approving Scheduling Order [Adv. Docket No. 19, entered November 24, 2020]

| | |
|---|---|
| Dated: December 14, 2020<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>*/s/ Jamie L. Edmonson*<br>Jamie L. Edmonson (No. 4247)<br>1201 N. Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1705<br>Facsimile: (302) 351-8618<br>Email: jedmonson@rc.com<br>- *and* - |
| **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Mark I. Duedall (No. 3346)<br>Leah Fiorenza McNeill (Admitted *pro hac vice*)<br>1201 W. Peachtree Street, NW, 14th Floor<br>Atlanta, Georgia 30309-3471<br>Telephone: (404) 572-6600<br>Facsimile: (404) 572-6999<br>Email: mark.duedall@bclplaw.com<br>         leah.fiorenza@bclplaw.com | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>Andrew J. Schoulder (Admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: (212) 541-2000<br>Facsimile: (212) 541-4630<br>Email: andrew.schoulder@bclplaw.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |