**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>OLD LC, INC., *et al.*,<br>                                             Debtors. | Chapter 11<br>Case No. 19-11791 (BLS)<br>Jointly Administered |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*;<br><br>                                     Plaintiff,<br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski.<br>                                     Defendants. | Adv. No. 20-51002 (BLS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James K.T. Hunter of Pachulski Stang Ziehl & Jones LLP, to represent Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli in the above-captioned proceeding and any related adversary proceedings.

Dated: December 15, 2020          */s/ Colin R. Robinson*
                                                 Colin R. Robinson (DE Bar No. 5524)
                                                 Pachulski Stang Ziehl & Jones LLP
                                                 919 N. Market Street, 17th Floor, P.O. Box 8705
                                                 Wilmington, DE 19899-8705 (Courier 19801)
                                                 Telephone: (302) 652-4100
                                                 Facsimile: (302) 652-4400
                                                 Email: crobinson@pszjlaw.com

                                                 *Counsel to Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 15, 2020          */s/ James K.T. Hunter*
                                                 James K.T. Hunter, Esquire (CA Bar No. 73369)
                                                 Pachulski Stang Ziehl & Jones LLP
                                                 10100 Santa Monica Boulevard, 11th Floor
                                                 Los Angeles, CA 90067
                                                 Telephone: 310-277-6910
                                                 Facsimile: 310-201-0760
                                                 Electronic Mail: jhunter@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: December 17th, 2020
Wilmington, Delaware

                                                 BRENDAN L. SHANNON
                                                 UNITED STATES BANKRUPTCY JUDGE