## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Old LC, Inc. *et al.*, | Case No.  19-11791 (BLS) |
| Debtors. | |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*, <br> Plaintiff, <br> v. | Adv. No. 20-51002 (BLS) |
| Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., *et al.*, <br> *Defendants*. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Jody C. Barillare, hereby certify that on the 15th day of January, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

- The Answer and Specific Defenses of Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski (Dkt. No. 25)

Dated: January 20, 2021

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)

**Service List**

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
MORRIS JAMES LLP
Attn: Eric J. Monzo, Bryan M. Keilson and Jeffrey Waxman
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com; bkeilson@morrisjames.com; JWaxman@morrisjames.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
HEDRICK KRING, PLLC
Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Email: Josh@HedrickKring.com; Joel@HedrickKring.com

**ELECTRONIC MAIL**
(Counsel to Official Committee Of Unsecured Creditors)
STRICKLIN LAW FIRM, P.C.
Samuel M. Stricklin, Esquire
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, TX 75080
Email: Sam.stricklin@stricklaw.pro

**ELECTRONIC MAIL**
(Council to the Upfront Defendants)
PACHULSKI STANG ZIEHL & JONES
Attn: Colin R. Robinson, Jeremy Richards, and James Hunter
919 North Market Street
17th Floor
Wilmington, DE  19801
Email: jhunter@pszjlaw.com; crobinson@pszjlaw.com; jrichards@pszjlaw.com