## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., *et al.*; | § § § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 20-51002 (BLS) |
| | § | |
| Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | § § § § § § § | |
| | § | |
| Defendants. | § | |

### CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 22nd day of February, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

- [Signed] Order Approving Joint Stipulation Extending Time To Respond To First Amended Complaint [Adv. Docket No. 32]

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

Dated: February 22, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  crobinson@pszjlaw.com

*Counsel for Defendants Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler, and Gregory Bettinelli*

OLD LC (LOOT CRATE) ADV SERVICE
LIST
DOCUMENT NO. 232559
09 - ELECTRONIC (EMAIL)

**ELECTRONIC MAIL**
(Counsel to Official Committee of
Unsecured Creditors)
Morris James LLP
Jeffrey R. Waxman
Eric J. Monzo
Bryan M. Keilson
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Email: jwaxman@morrisjames.com;
emonzo@morrisjames.com;
bkeilson@morrisjames.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of
Unsecured Creditors)
Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
HEDRICK KRING, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Email: Josh@HedrickKring.com;
Joel@HedrickKring.com

**ELECTRONIC MAIL**
(Counsel to Official Committee Of
Unsecured Creditors )
Samuel M. Stricklin, Esquire
STRICKLIN LAW FIRM, P.C.
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, TX 75080
Email: Sam.stricklin@stricklaw.pro

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities
Fund, L.P., et al.)
Jody C. Barillare
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201

Wilmington, DE 19801
Email: jody.barillare@morganlewis.com

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities
Fund, L.P., et al.)
P. Sabin Willett
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Email: sabin.willett@morganlewis.com

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities
Fund, L.P., et al.)
Shannon B. Wolf
MORGAN LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103-3178
Email: shannon.wolf@morganlewis.com