# CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 5th day of March, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

MOTION OF UPFRONT V, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER AND GREGORY BETTINELLI TO DISMISS FIRST AMENDED COMPLAINT AND OBJECTION TO CLAIMS AND MOTION TO STRIKE PRAYER FOR COMPENSATORY DAMAGES

Dated: March 5, 2021

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

OLD LC (LOOT CRATE) ADV SERVICE LIST
DOCUMENT NO. 232559
09 - ELECTRONIC (EMAIL)

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
Morris James LLP
Jeffrey R. Waxman
Eric J. Monzo
Bryan M. Keilson
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Email:  jwaxman@morrisjames.com;
emonzo@morrisjames.com;
bkeilson@morrisjames.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
HEDRICK KRING, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, TX  75201
Email: Josh@HedrickKring.com;
Joel@HedrickKring.com

**ELECTRONIC MAIL**
(Counsel to Official Committee Of Unsecured Creditors )
Samuel M. Stricklin, Esquire
STRICKLIN LAW FIRM, P.C.
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, TX  75080
Email: Sam.stricklin@stricklaw.pro

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities Fund, L.P., et al.)
Jody C. Barillare
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Email: jody.barillare@morganlewis.com

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities Fund, L.P., et al.)
P. Sabin Willett
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Email: sabin.willett@morganlewis.com

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities Fund, L.P., et al.)
Shannon B. Wolf
MORGAN LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103-3178
Email: shannon.wolf@morganlewis.com