# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.; | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Adv. No. 20-51002 (BLS) |
| Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | § § § § § § § | |
| *Defendants.* | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2021, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Plaintiffs' Memorandum of Law in Opposition to Upfront Defendants' Motion to Dismiss* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

                                                           */s/ Jeffrey R. Waxman*
                                                           Jeffrey R. Waxman (DE Bar No. 4159)

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

## SERVICE LIST

Dean A. Ziehl, Esquire
Jeremy V. Richards, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
dziehl@pszjlaw.com
jrichards@pszjlaw.com
crobinson@pszjlaw.com

*Counsel for Upfront V, LP, Upfront GP V, LLC,
Mark Suster, Dana Kibler, and Gregory Bettinelli*

Craig A. Wolfe, Esquire
Jason R. Alderson, Esquire
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
craig.wolfe@morganlewis.com
jason.alderson@morganlewis.com

-and-

John V. Gorman, Esquire
Jody C. Barillare Esquire
Kelsey A. Bomar Esquire
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801
john.gorman@morganlewis.com
jody.barillare@morganlewis.com
kelsey.bomar@morganlewis.com

*Counsel for Breakwater Credit Opportunities Fund, L.P.,
Saif Mansour, Aamir Amdani, Eric Beckman,
Darrick Geant, and Joseph Kaczorowski*