# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD LC, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>Jointly Administered |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.;<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | Adv. No. 20-51002 (BLS) |

**REQUEST FOR ORAL ARGUMENT ON MOTION OF UPFRONT V, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER AND GREGORY BETTINELLI TO DISMISS FIRST AMENDED COMPLAINT AND OBJECTION TO CLAIMS AND <u>MOTION TO STRIKE PRAYER FOR COMPENSATORY DAMAGES</u>**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, defendants Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli (collectively, the "<u>Upfront Defendants</u>"), hereby request that the Court permit oral argument on the *Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Dismiss First Amended*

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc. and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Ave, Los Angeles, CA 90031.

*Complaint and Objection to Claims and Motion to Strike Prayer For Compensatory Damages* [Adv. Docket No. 35] (the "Motion") and all responsive pleadings thereto.

   The Upfront Defendants respectfully submit that oral argument is appropriate because the Motion presents substantial legal issues and oral argument would allow the parties to clarify the legal, factual or procedural points raised in the Motion and other responsive pleadings.

Dated: May 3, 2021       PACHULSKI STANG ZIEHL & JONES LLP

             */s/ Colin R. Robinson*
             Dean A. Ziehl (NY Bar No. 4133971)
             James K.T. Hunter (CA Bar No. 73369)
             Colin R. Robinson (DE Bar No. 5524)
             919 North Market Street, 17th Floor
             P.O. Box 8705
             Wilmington, Delaware 19899-8705 (Courier 19801)
             Telephone: (302) 652-4100
             Facsimile: (302) 652-4400
             E-mail:  dziehl@pszjlaw.com
                   jhunter@pszjlaw.com
                   crobinson@pszjlaw.com

             *Counsel to the Upfront Defendants*