# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Old LC, Inc., et al.,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>Jointly Administered |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski.,<br><br>        Defendants. | Adv. No. 20-51002 (BLS) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE THAT on May 24, 2021, Defendants Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli served the *Upfront Defendants' Objections and Responses to Plaintiff's First Requests for Production to All Defendants* upon the parties listed below via Electronic Mail and First Class Mail:

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.1 The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

| | |
|---|---|
| (Counsel to Official Committee of Unsecured Creditors)<br>Morris James LLP<br>Jeffrey R. Waxman<br>Eric J. Monzo<br>Bryan M. Keilson<br>500 Delaware Ave., Suite 1500<br>Wilmington, DE 19801<br>Email: jwaxman@morrisjames.com;<br>emonzo@morrisjames.com;<br>bkeilson@morrisjames.com | (Counsel to Official Committee of Unsecured Creditors)<br>Joel B. Bailey, Esquire<br>Joshua L. Hedrick, Esquire<br>HEDRICK KRING, PLLC<br>1700 Pacific Avenue, Suite 4650<br>Dallas, TX 75201<br>Email: Josh@HedrickKring.com;<br>Joel@HedrickKring.com |
| (Counsel to Official Committee Of Unsecured Creditors )<br>Samuel M. Stricklin, Esquire<br>STRICKLIN LAW FIRM, P.C.<br>Palisade Central II<br>2435 North Central Expressway, Suite 1200<br>Richardson, TX 75080<br>Email: Sam.stricklin@stricklaw.pro | |

Dated:  May 24, 2021     PACHULSKI STANG ZIEHL & JONES LLP

 */s/ Colin R. Robinson*
Dean A. Ziehl (NY Bar No. 4133971)
James K.T. Hunter (CA Bar No. 73369)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
E-mail:         dziehl@pszjlaw.com
                    jhunter@pszjlaw.com
                    crobinson@pszjlaw.com

*Counsel to the Upfront Defendants*