Exhibit T

LOOT CRATE PARENT, INC.
and
LOOT CRATE, INC.

RESIGNATION

Effective as of the date hereof, I hereby resign as a director of each of Loot Crate Parent, Inc. and Loot Crate, Inc., as well as from any committee of the boards of directors of such companies, without the need of acceptance from, or any further action by, Loot Crate Parent, Inc. or Loot Crate, Inc.

_____
Saif Mansour

Date:  August 6, 2018

CONFIDENTIAL  BM0009973

LOOT CRATE PARENT, INC.
and
LOOT CRATE, INC.

RESIGNATION

Effective as of the date hereof, I hereby resign as a director of each of Loot Crate Parent, Inc. and Loot Crate, Inc., as well as from any committee of the boards of directors of such companies, without the need of acceptance from, or any further action by, Loot Crate Parent, Inc. or Loot Crate, Inc.

_____
Eric Beckman

Date: August 6, 2018

CONFIDENTIAL BM0009974

LOOT CRATE PARENT, INC.
and
LOOT CRATE, INC.

RESIGNATION

Effective as of the date hereof, I hereby resign as a director of each of Loot Crate Parent, Inc. and Loot Crate, Inc., as well as from any committee of the boards of directors of such companies, without the need of acceptance from, or any further action by, Loot Crate Parent, Inc. or Loot Crate, Inc.

*[signature]*

_____
Joe Kaczorowski

Date: August 6, 2018

CONFIDENTIAL BM0009976

LOOT CRATE PARENT, INC.
and
LOOT CRATE, INC.

RESIGNATION

Effective as of the date hereof, I hereby resign as a director of each of Loot Crate Parent, Inc. and Loot Crate, Inc., as well as from any committee of the boards of directors of such companies, without the need of acceptance from, or any further action by, Loot Crate Parent, Inc. or Loot Crate, Inc.

_____
Aamir Amdani

Date: August 6, 2018

CONFIDENTIAL

LOOT CRATE PARENT, INC.
and
LOOT CRATE, INC.

RESIGNATION

Effective as of the date hereof, I hereby resign as a director of each of Loot Crate Parent, Inc. and Loot Crate, Inc., as well as from any committee of the boards of directors of such companies, without the need of acceptance from, or any further action by, Loot Crate Parent, Inc. or Loot Crate, Inc.

_____
Darrick Geant

Date:  August 6, 2018

CONFIDENTIAL BM0009982