IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Old LC, Inc. *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11791 (BLS) |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*, <br>         *The Committee,* <br> v. <br><br> Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., *et al.*, <br>         *Movants*. | Adv. No. 20-51002 (BLS) |

## CERTIFICATE OF SERVICE

I, Jody C. Barillare, hereby certify that on the 17th day of June, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

- *Motion for Partial Summary Judgment of Breakwater Defendants* [Dkt. No. 46].

- *Memorandum of Law in Support of Motion for Partial Summary Judgment of Breakwater Defendants* [Dkt. No. 47].

- *Declaration of Shannon B. Wolf in Support of Motion for Partial Summary Judgment of Breakwater Defendants* [Dkt. No. 48].

- *Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment of Breakwater Defendants* [Dkt. No. 49].

Dated: June 17, 2021

                                        */s/ Jody C. Barillare*
                                        Jody C. Barillare (#5107)

**Service List**

**ELECTRONIC MAIL & ECF**
(Counsel to Official Committee of Unsecured Creditors)
MORRIS JAMES LLP
Attn: Eric J. Monzo, Bryan M. Keilson and Jeffrey Waxman
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com; bkeilson@morrisjames.com; JWaxman@morrisjames.com

**ELECTRONIC MAIL &ECF**
(Counsel to Official Committee of Unsecured Creditors)
HEDRICK KRING, PLLC
Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Email: Josh@HedrickKring.com; Joel@HedrickKring.com

**ELECTRONIC MAIL &ECF**
(Counsel to Official Committee Of Unsecured Creditors)
STRICKLIN LAW FIRM, P.C.
Samuel M. Stricklin, Esquire
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, TX 75080
Email: Sam.stricklin@stricklaw.pro

**ELECTRONIC MAIL & ECF**
(Council to the Upfront Movants)
PACHULSKI STANG ZIEHL & JONES
Attn: Colin R. Robinson, Dean Ziehl, Cia Mackle, and James Hunter
919 North Market Street
17th Floor
Wilmington, DE  19801
Email: jhunter@pszjlaw.com; crobinson@pszjlaw.com; dziehl@pszjlaw.com; cmackle@pszjlaw.com