# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| | § | |
| Official Committee of Unsecured Creditors | § | |
| of Old LC, Inc., et al., for and on behalf of | § | |
| the estates of Old LC, Inc., et al.; | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Adv. No. 20-51002 (BLS) |
| | § | |
| Upfront V, LP, Breakwater Credit | § | |
| Opportunities Fund, L.P.; Upfront GP V, | § | |
| LLC; Mark Suster; Dana Kibler; Gregory | § | |
| Bettinelli; Saif Mansour; Aamir Amdani; | § | |
| Eric Beckman; Darrick Geant; and Joseph | § | |
| Kaczorowski | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 18th day of June, 2021, the Official Committee of Unsecured Creditors of Old LC, Inc. *et al.* for and on behalf of the estates of Old LC, Inc*., et al.*, served a true and correct copy of *Plaintiff's Second Requests for Production to Breakwater Defendants* on the individuals listed below via electronic mail.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

1

12952236/1

| | |
|---|---|
| Jody C. Barillare<br>P. Sabin Willett<br>Shannon B. Wolf<br>Morgan, Lewis & Bockius LLP<br>1201 North Market Street<br>Suite 2201<br>Wilmington, DE 19801<br>Email: jody.barillare@morganlewis.com<br>sabin.willett@morganlewis.com<br>shannon.wolf@morganlewis.com<br><br>*Counsel to Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski* | Dean A. Ziehl<br>James K.T. Hunter<br>Colin R. Robinson<br>919 North Market Street, 17th Floor<br>P.O. Box. 8705<br>Wilmington, Delaware 19899-8705<br>E-mail: dziehl@pszjlaw.com<br>jhunter@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*Counsel to the Upfront Defendants* |

Dated: June 21, 2021　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　**MORRIS JAMES LLP**

　　　　　　　　　　　　　　　　　*/s/ Eric J. Monzo*
　　　　　　　　　　　　　　　　　Jeffrey R. Waxman (DE Bar No. 4159)
　　　　　　　　　　　　　　　　　Eric J. Monzo (DE Bar No. 5214)
　　　　　　　　　　　　　　　　　Brya M. Keilson (DE Bar No. 4643)
　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1500
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 888-6800
　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1750
　　　　　　　　　　　　　　　　　E-mail: jwaxman@morrisjames.com
　　　　　　　　　　　　　　　　　E-mail: emonzo@morrisjames.com
　　　　　　　　　　　　　　　　　E-mail: bkeilson@morrisjames.com

　　　　　　　　　　　　　　　　　-and -

　　　　　　　　　　　　　　　　　Joel B. Bailey, Esquire
　　　　　　　　　　　　　　　　　Joshua L. Hedrick, Esquire
　　　　　　　　　　　　　　　　　**HEDRICK KRING, PLLC**
　　　　　　　　　　　　　　　　　1700 Pacific Avenue, Suite 4650
　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　Telephone: (214) 880-9625
　　　　　　　　　　　　　　　　　Facsimile:  (214) 481-1844
　　　　　　　　　　　　　　　　　E-mail: Josh@HedrickKring.com
　　　　　　　　　　　　　　　　　E-mail: Joel@HedrickKring.com

　　　　　　　　　　　　　　　　　-and -

12952236/1

3

                                        Samuel M. Stricklin, Esquire
**STRICKLIN LAW FIRM, P.C.**
Palisade Central II
2435 North Central Expressway
Suite 1200
Richardson, Texas 75080
Telephone 972-2388687
E-mail: Sam.stricklin@stricklaw.pro

*Counsel for Plaintiff*