**EXHIBIT 1**

**Joint Stipulation**

12971186.v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., *et al.*; | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Adv. No. 20-51002 (BLS) |
| Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | § § § § § § § § | |
| *Defendants*. | § | |

## JOINT STIPULATION CONCERNING BRIEFING DEADLINES

Plaintiff Official Committee of Unsecured Creditors (the "***Committee***") of Old LC, Inc.; Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. (collectively, "***Loot Crate***" or the "***Debtors***"), and Defendants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski (collectively, the "***Breakwater Defendants***," and collectively with the Committee, the "***Parties***") file this *Joint Stipulation Concerning Briefing Deadlines*, and hereby stipulate and agree as follows:

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

12971186.v1

1. On June 17, 2021, the Breakwater Defendants filed their Motion for Partial Summary Judgment ("**_Partial MSJ_**") [Adv. D.I. 46-49].

2. On June 24, 2021, the Breakwater Defendants filed their Motion for Protective Order ("**_PO Motion_**") [Adv. D.I. 58].

3. On June 25, 2021, Plaintiff filed its Motion to Deny or Continue Breakwater's Motion for Partial Summary Judgment to Permit Necessary Discovery and Motion to Compel Depositions ("**_Rule 56(d) Motion_**") [Adv. D.I. 60].

4. The PO Motion and the Rule 56(d) Motion are currently set for hearing on **July 22, 2021 at 11:00 a.m. (ET)**.

5. The Parties hereby agree that the deadline for Plaintiff to file its Response in Opposition to the Partial MSJ is hereby extended to **July 29, 2021 or such date as the Court may establish at the hearing on July 22, 2021**.

6. The parties further agree that Plaintiff's Response in Opposition to the PO Motion is hereby extended to **July 12, 2021**, and the Breakwater Defendants' Reply to its PO Motion is extended to **July 19, 2021**.

7. The parties further agree that the Breakwater Defendants' Response in Opposition to the Rule 56(d) Motion is extended to **July 14, 2021**, and Plaintiff's Reply to its Rule 56(d) Motion is extended to **July 20, 2021**.

*[Signature Page to Follow]*

12971186.v1

Dated: June 30, 2021  
Wilmington, Delaware

Respectfully submitted,

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
**HEDRICK KRING, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Telephone: (214) 880-9625
Facsimile:  (214) 481-1844
E-mail: Josh@HedrickKring.com
E-mail: Joel@HedrickKring.com

and

Samuel M. Stricklin, Esquire
**Stricklin Law Firm, P.C.**
Palisade Central II
2435 North Central Expressway
Suite 1200
Richardson, Texas 75080
Telephone 972-2388687
E-mail: Sam.stricklin@stricklaw.pro

*Counsel for Plaintiff*

3

12971186.v1

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: (302) 574-7294
Email: jody.barillare@morganlewis.com


Sabin Willett (*pro hac vice pending*)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com


Shannon B. Wolf (*pro hac vice pending*)
One State Street
Hartford, CT 06103-3178
Tel. (860) 240-2700
Fax: (860) 240-2701
shannon.wolf@morganlewis.com

*Counsel for Defendants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski*