# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Old LC, Inc. *et al.*, <br><br>                        Debtors. | Chapter 11 <br><br> Case No. 19-11791 (BLS) |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*, <br>       *Plaintiff,* <br> v. <br><br> Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., *et al.*, <br>       *Defendants*. | Adv. No. 20-51002 (BLS) |

## CERTIFICATE OF SERVICE

I, Jody C. Barillare, hereby certify that on the 19th day of July, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

- *Defendants' Objections and Responses to Plaintiff's Second Request for Production.*
- *Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories.*

Dated: July 20, 2021

                                                     */s/ Jody C. Barillare* <br>
                                                     Jody C. Barillare (#5107)

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
MORRIS JAMES LLP
Attn: Eric J. Monzo, Bryan M. Keilson and Jeffrey Waxman
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com; bkeilson@morrisjames.com; JWaxman@morrisjames.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
HEDRICK KRING, PLLC
Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Email: Josh@HedrickKring.com; Joel@HedrickKring.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
STRICKLIN LAW FIRM, P.C.
Samuel M. Stricklin, Esquire
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, TX 75080
Email: Sam.stricklin@stricklaw.pro