# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD LC, INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>Jointly Administered |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.;<br><br>                          Plaintiff,<br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | Adv. No. 20-51002 (BLS)<br><br><br><br>**Hearing Date: Aug. 19, 2021 at 11:00 a.m. (ET)**<br>**Ref. Adv. Docket No. 35** |

## NOTICE OF ORAL ARGUMENT ON MOTION OF UPFRONT V, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER AND GREGORY BETTINELLI TO DISMISS FIRST AMENDED COMPLAINT AND OBJECTION TO CLAIMS AND MOTION TO <u>STRIKE PRAYER FOR COMPENSATORY DAMAGES</u>

**PLEASE TAKE NOTICE** that a hearing with respect to oral argument on the

*Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli*

*to Dismiss First Amended Complaint and Objection to Claims and Motion to Strike Prayer For*

*Compensatory Damages* [Adv. Docket No. 35] (the "<u>Motion to Dismiss</u>") will be held before the

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc. and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Ave, Los Angeles, CA 90031.

Honorable Brendan L. Shannon, United States Bankruptcy Court Judge, via Zoom videoconference[2] on **August 19, 2021, at 11:00 a.m. (Prevailing Eastern Time)**.

Dated:  July 21, 2021                                   PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Dean A. Ziehl (NY Bar No. 4133971)
James K.T. Hunter (CA Bar No. 73369)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
E-mail:          dziehl@pszjlaw.com
                    jhunter@pszjlaw.com
                    crobinson@pszjlaw.com

*Counsel to the Upfront Defendants*

---

[2] Link to be provided prior to the scheduled hearing date.