# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

---

| | | |
|---|---|---|
| | § | |
| Official Committee of Unsecured Creditors | § | |
| of Old LC, Inc., et al., for and on behalf of | § | |
| the estates of Old LC, Inc., et al.; | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Adv. No. 20-51002 (BLS) |
| | § | |
| Upfront V, LP, Breakwater Credit | § | |
| Opportunities Fund, L.P.; Upfront GP V, | § | **Re: Docket No. 58, 60, 75** |
| LLC; Mark Suster; Dana Kibler; Gregory | § | |
| Bettinelli; Saif Mansour; Aamir Amdani; | § | |
| Eric Beckman; Darrick Geant; and Joseph | § | |
| Kaczorowski | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before this Court is the *Motion of Breakwater Defendants for Protective Order* [Docket No. 58] ("**Motion for Protective Order**") and Plaintiff's *Motion to Deny or Continue Breakwater Defendant's Motion for Partial Summary Judgment to Permit Necessary Discovery and Motion to Compel Deposition* [Docket No. 60] ("**Rule 56(d) Motion**").

After consideration of the Motion for Protective Order and the Rule 56(d) Motion, and the arguments of counsel, and for the reasons set out in this Court's letter ruling of July 26, 2021, the

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

13024230.v1

Court hereby **DENIES** the Motion for Protective Order, **GRANTS** the Rule 56(d) Motion, and authorizes discovery and depositions to go forward.

Review of the Breakwater Defendants' Motion for Partial Summary Judgment [D.I. 46] is hereby deferred. Plaintiff's Response deadline to that motion, as well as any further briefing thereon, is continued to a later date or dates to be agreed upon between the parties, or, in the absence of agreement, further order of the Court.

**Dated: August 2nd, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**