## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Old LC, Inc. *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS) |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*,<br>　　　*Plaintiff,*<br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., *et al.*,<br>　　　*Defendants*. | Adv. No. 20-51002 (BLS) |

## **CERTIFICATE OF SERVICE**

I, Jody C. Barillare, hereby certify that on the 30th day of July, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

- *First Requests for Admission of the Breakwater Defendants Directed to Plaintiff Official Committee of Unsecured Creditors of Old LC, Inc., et al.*,
- *First Interrogatories of Breakwater Creditor Opportunities Fund, L.P., Directed to Plaintiff Official Committee of Unsecured Creditors of Old LC, Inc., et al.*,

Dated: August 2, 2021

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jody C. Barillare*
　　　　　　　　　　　　　　　　　　　　　　Jody C. Barillare (#5107)

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
MORRIS JAMES LLP
Attn: Eric J. Monzo, Bryan M. Keilson and Jeffrey Waxman
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Email: emonzo@morrisjames.com; bkeilson@morrisjames.com; JWaxman@morrisjames.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
HEDRICK KRING, PLLC
Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Email: Josh@HedrickKring.com; Joel@HedrickKring.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of Unsecured Creditors)
STRICKLIN LAW FIRM, P.C.
Samuel M. Stricklin, Esquire
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, TX 75080
Email: Sam.stricklin@stricklaw.pro