# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD LC, INC., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>Jointly Administered |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.;<br><br>           Plaintiff,<br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | Adv. No. 20-51002 (BLS)<br><br><br><br>Hearing Date: Aug. 19, 2021 at 1:00 p.m. (ET)<br>Ref. Adv. Docket No. 35 |

## NOTICE OF HEARING TIME CHANGE REGARDING ORAL ARGUMENT ON MOTION OF UPFRONT V, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER AND GREGORY BETTINELLI TO DISMISS FIRST AMENDED COMPLAINT AND OBJECTION TO CLAIMS AND MOTION TO STRIKE PRAYER FOR COMPENSATORY DAMAGES

**PLEASE TAKE NOTICE** that the hearing with respect to oral argument on the

*Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli*

*to Dismiss First Amended Complaint and Objection to Claims and Motion to Strike Prayer For*

*Compensatory Damages* [Adv. Docket No. 35] (the "Motion to Dismiss") previously scheduled

for **August 19, 2021, at 11:00 a.m. (Prevailing Eastern Time)** has been rescheduled by the Court

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc. and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Ave, Los Angeles, CA 90031.

to **August 19, 2021, at 1:00 p.m. (Prevailing Eastern Time)** via Zoom videoconference before the Honorable Brendan L. Shannon, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom No. 1, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated:  August 18, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Dean A. Ziehl (NY Bar No. 4133971) |
| | James K.T. Hunter (CA Bar No. 73369) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box. 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:  dziehl@pszjlaw.com |
| | jhunter@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel to the Upfront Defendants* |

## **CERTIFICATE OF SERVICE**

I, Colin R. Robinson, hereby certify that on the 18th day of August, 2021, I caused a copy of the following to be served on the parties on the attached service list in the manner indicated.

NOTICE OF HEARING TIME CHANGE REGARDING ORAL ARGUMENT ON MOTION OF UPFRONT V, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER AND GREGORY BETTINELLI TO DISMISS FIRST AMENDED COMPLAINT AND OBJECTION TO CLAIMS AND MOTION TO STRIKE PRAYER FOR COMPENSATORY DAMAGES

Dated: August 18, 2021

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

DOCS_DE:235386.2 88964/001

OLD LC (LOOT CRATE)
ADV SERVICE LIST
DOCUMENT NO. 232559
09 - ELECTRONIC (EMAIL)

**ELECTRONIC MAIL**
(Counsel to Official Committee of
Unsecured Creditors)
Morris James LLP
Jeffrey R. Waxman
Eric J. Monzo
Bryan M. Keilson
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Email: jwaxman@morrisjames.com;
emonzo@morrisjames.com;
bkeilson@morrisjames.com

**ELECTRONIC MAIL**
(Counsel to Official Committee of
Unsecured Creditors)
Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
HEDRICK KRING, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Email: Josh@HedrickKring.com;
Joel@HedrickKring.com

**ELECTRONIC MAIL**
(Counsel to Official Committee Of
Unsecured Creditors )
Samuel M. Stricklin, Esquire
STRICKLIN LAW FIRM, P.C.
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, TX 75080
Email: Sam.stricklin@stricklaw.pro

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities
Fund, L.P., et al.)
Jody C. Barillare
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Email: jody.barillare@morganlewis.com

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities
Fund, L.P., et al.)
P. Sabin Willett
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Email: sabin.willett@morganlewis.com

**ELECTRONIC MAIL**
(Counsel to Breakwater Credit Opportunities
Fund, L.P., et al.)
Shannon B. Wolf
MORGAN LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103-3178
Email: shannon.wolf@morganlewis.com