# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>OLD LC, INC., *et al.*,[1]<br>                  Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS of OLD LC, INC., *et al*., for and on behalf of the ESTATES OF OLD LC, INC., *et al*.,<br>                  Plaintiff,<br><br>v.<br><br>UPFRONT V, LP, BREAKWATER CREDIT OPPORTUNITIES FUND, L.P., *et al*.,<br>                  Defendants. | Adv. No. 20-51002 (BLS) |

## NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 19, 2021 AT **1:30 P.M.** (ET)

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by August 18, 2021, at 4:00 p.m. Eastern Time**
**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItcumupj8oHGbPzPPKmWJf62v9bgnFENI

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Old LC, Inc.

Time: August 19, 2021, at **1:30 p.m.** Eastern Time (US and Canada)

---

[1]     The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.  The Debtors were formerly named Loot Crate, Inc., Loot Crate Holdings, Inc., LC Funding, Inc., and Loot Crate Parent, Inc.  Following the closing of the sale of substantially all of the Debtors' assets, the Debtors filed the necessary documentation in the applicable jurisdictions to change their corporate names and filed the *Notice of Changes of Debtors' Names and Case Caption* [D.I. 265] with the Court, all in accordance with the terms of the sale and the order approving the same [D.I. 254].

[2]     **Amended items appear in bold; hearing was originally set for 11:00 a.m. (ET), was re-set to 1:00 p.m. (ET) and is now re-scheduled to begin at 1:30 p.m. (ET).**

604064817

**RESOLVED MATTER**

1. Joint Unopposed Motion Pursuant to Section 362 of the Bankruptcy Code for Entry of an Order Confirming that the Automatic Stay Does Not Apply to Directors & Officers Insurance Policy or the Proceeds Thereof of for Stay Relief to the Extent Applicable [D.I. 804 – filed June 30, 2021]

    <u>Objection Deadline</u>: August 6, 2021 at 4:00 p.m. (ET)

    <u>Responses Received</u>: None

    <u>Related Documents</u>:

    a) Notice of Hearing [D.I. 807 – filed July 23, 2021]

    b) Certification of Counsel [D.I. 810 – filed August 10, 2021]

    <u>Status</u>: The Movant has uploaded an order; no hearing is necessary.

**MATTERS GOING FORWARD**

2. Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Dismiss First Amended Complaint and Objection to Claims and Motion to Strike Prayer for Compensatory Damages [D.I. 35 – filed March 5, 2021]

    <u>Objection Deadline</u>: April 5, 2021 at 4:00 p.m. (ET)

    <u>Responses Received</u>:

    a) Plaintiff's Memorandum of Law in Opposition to Upfront Defendants' Motion to Dismiss [D.I. 38 – filed April 5, 2021]

    b) Reply of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Plaintiff's Memorandum of Law in Opposition to Upfront Defendants' Motion to Dismiss [D.I. 41 – filed April 26, 2021]

    <u>Related Documents</u>:

    a) First Amended Complaint and Objection to Claims [D.I. 28 – filed February 5, 2021]

    b) Certification of Counsel re: Stipulation on Various Deadlines on the Motion to Dismiss [D.I. 36 – filed March 25, 2021]

    c) Order Approving Stipulation [D.I. 37 – filed March 26, 2021]

    d) Request for Oral Argument on Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Dismiss

First Amended Complaint and Objection to Claims and Motion to Strike Prayer for Compensatory Damages [D.I. 42 – filed May 3, 2021]

e) Notice of Completion of Briefing with Respect to Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Dismiss First Amended Complaint and Objection to Claims and Motion to Strike Prayer for Compensatory Damages [D.I. 43 – filed May 3, 2021]

f) Notice of Oral Argument on Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Dismiss First Amended Complaint and Objection to Claims and Motion to Strike Prayer for Compensatory Damages [D.I. 73 – filed July 21, 2021]

g) Notice of Hearing Time Change Regarding Oral Argument on Motion Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Dismiss First Amended Complaint and Objection to Claims and Motion to Strike Prayer for Compensatory Damages [D.I. 90 – filed August 18, 2021]

Status: This matter is going forward.

[Signatures to Follow]

Dated: August 19, 2021

                                  Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Mark I. Duedall*
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill (*admitted pro hac vice*)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email:      mark.duedall@bclplaw.com
              leah.fiorenza@bclplaw.com

-and-

**ROBINSON & COLE LLP**
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
Email:      nramsey@rc.com
            jedmonson@rc.com
            mfink@rc.com

*Co-Counsel to the Debtors and Debtors-in-Possession*

604064817