IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OLD LC, INC., *et al.*,<br>　　　　　　　　　　　　Debtors.<br><br>Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*;<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski.<br>　　　　　　　　　　　　Defendants. | Chapter 11<br>Case No. 19-11791 (BLS)<br>Jointly Administered<br><br><br>Adv. No. 20-51002 (BLS) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Cia H. Mackle of Pachulski Stang Ziehl & Jones LLP, to represent Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli in the above-captioned proceeding and any related adversary proceedings.

Dated:  August 19, 2021　　　　　　　*/s/ Colin R. Robinson*
　　　　　　　　　　　　　　　　　　Colin R. Robinson (DE Bar No. 5524)
　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　　　919 N. Market Street, 17th Floor, P.O. Box 8705
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　Email:  crobinson@pszjlaw.com

　　　　　　　　　　　　　　　　　　*Counsel to Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli*

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  August 19, 2021　　　　　　　*/s/ Cia H. Mackle*
　　　　　　　　　　　　　　　　　　Cia H. Mackle (FL Bar No. 0026471)
　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　　　10100 Santa Monica Boulevard, 13th Floor
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-4003
　　　　　　　　　　　　　　　　　　Telephone:  (310) 277-6910
　　　　　　　　　　　　　　　　　　Email:  dcmackle@pszjlaw.com

### ORDER GRANTING MOTION

　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: August 19th, 2021**　　　　　　　　　　　　　BRENDAN L. SHANNON
**Wilmington, Delaware**　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE