# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD LC, INC., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>Jointly Administered |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.;<br><br>                     Plaintiff,<br>v.<br><br>Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | Adv. No. 20-51002 (BLS)<br><br><br>**Hearing Date: Aug. 31, 2021 at 10:00 a.m. (ET)**<br>**Ref. Adv. Docket No. 35** |

## NOTICE OF HEARING REGARDING MOTION OF UPFRONT V, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER AND GREGORY BETTINELLI TO DISMISS FIRST AMENDED COMPLAINT AND OBJECTION TO CLAIMS AND MOTION TO STRIKE PRAYER FOR COMPENSATORY DAMAGES

**PLEASE TAKE NOTICE** that the hearing with respect to the Court's ruling on the *Motion of Upfront V, L.P., Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli to Dismiss First Amended Complaint and Objection to Claims and Motion to Strike Prayer For Compensatory Damages* [Adv. Docket No. 35] (the "Motion to Dismiss") will be held on **August 31, 2021, at 10:00 a.m. (Prevailing Eastern Time)** via Zoom videoconference before the Honorable Brendan L. Shannon, United States Bankruptcy Court Judge, at the United States

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc. and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is 3401 Pasadena Ave, Los Angeles, CA 90031.

Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that to participate you must register for the Zoom call. When registering, please copy and paste the below link to your browser. Please remember to register with Zoom well in advance of the hearing in order to avoid being denied access. COURTCALL WILL NOT BE USED FOR THIS HEARING.

Topic: Official Committee of Unsecured Creditors of Old LC v. Upfront V, LLC;
Adv. Pro. 20-51002
When: Aug 31, 2021 10:00 AM Eastern Time (US and Canada)

Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJItcO6vpzsqGhjq77gd-tPfSaXgNHYLgO0

After registering, you will receive a confirmation email containing information about joining the meeting.

Dated: August 27, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Dean A. Ziehl (NY Bar No. 4133971)
James K.T. Hunter (CA Bar No. 73369)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: dziehl@pszjlaw.com
jhunter@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Upfront Defendants*