# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | (Jointly Administered) |

| | | |
|---|---|---|
| | § | |
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.; | § § § | |
| | § | |
| *Plaintiff,* | § § | |
| v. | § | Adv. No. 20-51002 (BLS) |
| | § | |
| Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | § § § § § § § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 30th day of August, 2021, the Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al., served a true and correct copy of *Plaintiff's Objections and Responses to Breakwater Credit Opportunities Fund, L.P.'s First Set of Interrogatories* on the individuals listed below via electronic mail.

| | |
|---|---|
| Dean A. Ziehl, Esquire<br>Colin R. Robinson, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>dziehl@pszjlaw.com<br>crobinson@pszjlaw.com | Jody C. Barillare Esquire<br>Morgan, Lewis & Bockius LLP<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>jody.barillare@morganlewis.com<br><br>-and- |

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

| | |
|---|---|
| -and-<br><br>James K.T. Hunter, Esquire<br>Cia H. Mackle, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>jhunter@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Counsel for Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler, and Gregory Bettinelli* | P. Sabin Willett, Esquire<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110<br>sabin.willett@morganlewis.com<br><br>-and-<br><br>Shannon B. Wolf, Esquire<br>Morgan, Lewis & Bockius LLP<br>One State Street<br>Hartford, CT 06103<br>shannon.wolf@morganlewis.com<br><br>*Counsel for Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski* |

Dated:  August 31, 2021    **MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

Joel B. Bailey, Esquire
Joshua L. Hedrick, Esquire
**HEDRICK KRING, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Telephone: (214) 880-9625
Facsimile:  (214) 481-1844
E-mail: Josh@HedrickKring.com
E-mail: Joel@HedrickKring.com

and

Samuel M. Stricklin, Esquire
**Stricklin Law Firm, P.C.**
Palisade Central II
2435 North Central Expressway
Suite 1200
Richardson, Texas 75080
Telephone 972-2388687
E-mail: Sam.stricklin@stricklaw.pro

*Counsel for Plaintiffs*