# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | (Jointly Administered) |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Old LC, Inc., et al., for and on behalf of the estates of Old LC, Inc., et al.; | § | |
| *Plaintiff,* | § | |
| v. | § | Adv. No. 20-51002 (BLS) |
| Upfront V, LP, Breakwater Credit Opportunities Fund, L.P.; Upfront GP V, LLC; Mark Suster; Dana Kibler; Gregory Bettinelli; Saif Mansour; Aamir Amdani; Eric Beckman; Darrick Geant; and Joseph Kaczorowski | § | |
| *Defendants.* | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2021, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Plaintiff's Motion to Compel Production of Purportedly Privileged Documents* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

                 */s/ Jeffrey R. Waxman*
                 Jeffrey R. Waxman (DE Bar No. 4159)

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

2

**SERVICE LIST**

Dean A. Ziehl, Esquire
James K.T. Hunter, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
dziehl@pszjlaw.com
jhunter@pszjlaw.com
crobinson@pszjlaw.com

*Counsel for Upfront V, LP, Upfront GP V, LLC,*
*Mark Suster, Dana Kibler, and Gregory Bettinelli*


Jody C. Barillare, Esquire
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
jody.barillare@morganlewis.com

Sabin Willett, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
sabin.willett@morganlewis.com

Shannon B. Wolf, Esquire
Morgan, Lewis & Bockius LLP
One State Street
Hartford, CT 06103-3178
shannon.wolf@morganlewis.com

*Counsel for Breakwater Credit Opportunities Fund, L.P.,*
*Saif Mansour, Aamir Amdani, Eric Beckman,*
*Darrick Geant, and Joseph Kaczorowski*