# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Old LC, Inc. *et al.*, <br><br>       Debtors. | Chapter 11 <br><br> Case No. 19-11791 (BLS) |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*, <br>  *The Committee,* <br> v. <br><br> Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., *et al.*, <br>  *Defendants*. | Adv. No. 20-51002 (BLS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## BY ATTORNEY AND REQUEST FOR REMOVAL FROM
## ECF SERVICE LIST AND MASTER SERVICE LIST

PLEASE TAKE NOTICE that Shannon B. Wolf hereby respectfully withdraws her appearance as counsel for Breakwater Credit Opportunities Fund, L.P. ("Breakwater"), Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski (together with Breakwater, the "Defendants") and hereby requests removal from ECF service list and Master service List for the above-captioned cases. The appearances by other attorneys at Morgan, Lewis & Bockius LLP remain unaffected by this request.

Dated: September 30, 2021          **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/Jody C. Barillare*
Jody C. Barillare (#5107)
1201 North Market St., Suite 2201
Wilmington, Delaware 19801
Telephone: (302) 574-3000
E-mail: jody.barillare@morganlewis.com

-and-

Shannon B. Wolf
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street, 22nd Floor
Hartford, CT 06103-3178
Telephone: (860) 240-2700
Email: shannon.wolf@morganlewis.com

-and-

Craig A. Wolfe
Jason R. Alderson
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Email: craig.wolfe@morganlewis.com
Email: jason.alderson@morganlewis.com

*Attorneys for Defendants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski*

# CERTIFICATE OF SERVICE

I, Jody C. Barillare, hereby certify that on the 30th day of September 2021, I caused a true and correct copy of the **Notice of Withdrawal of Attorney and Request for Removal from ECF Service List and Master Service List** to be served upon all parties of record via CM/ECF.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 30, 2021 | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: */s/Jody C. Barillare*<br>Jody C. Barillare (Del. Bar No. 5107)<br>1201 North Market St., Suite 2201<br>Wilmington, Delaware 19801<br>Telephone: (302) 574-3000<br>E-mail: jody.barillare@morganlewis.com<br><br>*Attorneys for Defendants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski* |