# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Old LC, Inc. *et al.*, <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 19-11791 (BLS) |
| Official Committee of Unsecured Creditors of Old LC, Inc., *et al.*, for and on behalf of the estates of Old LC, Inc., *et al.*, <br>              *Plaintiff,* <br> v. <br><br> Upfront V, LP, Breakwater Credit Opportunities Fund, L.P., *et al.*, <br>              *Defendants*. | Adv. No. 20-51002 (BLS) |

## SUGGESTION OF DEATH

Counsel for Defendants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski in the above-referenced adversary proceeding notes the death, on October 27, 2021, of Saif Mansour, one of the defendants in this adversary proceeding.

This information is true and correct to the best of the undersigned's knowledge and belief.

Dated: November 5, 2021                                     **MORGAN, LEWIS & BOCKIUS LLP**

                                                                                  By:  */s/ Jody C. Barillare*
                                                                                       Jody C. Barillare (#5107)
                                                                                       1201 N. Market Street, Suite 2201
                                                                                       Wilmington, Delaware 19801
                                                                                       Telephone: (302) 574-7294
                                                                                       Email: jody.barillare@morganlewis.com

Sabin Willett (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8775
sabin.willett@morganlewis.com

Joshua Dorchak (*pro hac vice* pending)
101 Park Avenue
New York, NY 10178
Tel. (212) 309-6000
joshua.dorchak@morganlewis.com

*Attorneys for Movants Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant, and Joseph Kaczorowski*

DB1/ 125356496.2