# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| | § | |
| Official Committee of Unsecured Creditors | § | |
| of Old LC, Inc., et al., for and on behalf of | § | |
| the estates of Old LC, Inc., *et al*.; | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Adv. No. 20-51002 (BLS) |
| | § | |
| Upfront V, LP, Breakwater Credit | § | |
| Opportunities Fund, L.P.; Upfront GP V, | § | |
| LLC; Mark Suster; Dana Kibler; Gregory | § | |
| Bettinelli; Saif Mansour; Aamir Amdani; | § | |
| Eric Beckman; Darrick Geant; and Joseph | § | |
| Kaczorowski | § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 18, 2021 AT 10:00 A.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsd-yhrj8tEszQP6XtMPpC_Edly3qkf_g**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 8:00 A.M. (ET) ON NOVEMBER 18, 2021.**

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

13240926.v1

**MATTERS GOING FORWARD:**

1. Plaintiff's Motion to Compel Production of Purportedly Privileged Documents [Filed September 4, 2021; Docket No. 108].

    Responses Received:

    A. Upfront Defendants' Opposition to Plaintiff's Motion to Compel Production of Privileged Documents [Filed October 13, 2021; Docket No. 110].

    B. Plaintiff's Reply in Support of Motion to Compel Production of Purportedly Privileged Documents [Filed October 19, 2021; Docket No. 112].

    Status: The Court will issue a ruling at the hearing.

Dated: November 17, 2021

        **MORRIS JAMES LLP**

        */s/ Jeffrey R. Waxman*
        Jeffrey R. Waxman (DE Bar No. 4159)
        Eric J. Monzo (DE Bar No. 5214)
        Brya M. Keilson (DE Bar No. 4643)
        500 Delaware Avenue, Suite 1500
        Wilmington, DE 19801
        Telephone: (302) 888-6800
        Facsimile: (302) 571-1750
        E-mail: jwaxman@morrisjames.com
        E-mail: emonzo@morrisjames.com
        E-mail: bkeilson@morrisjames.com

        and

        Joel B. Bailey, Esquire
        Joshua L. Hedrick, Esquire
        **HEDRICK KRING, PLLC**
        1700 Pacific Avenue, Suite 4650
        Dallas, Texas 75201
        Telephone: (214) 880-9625
        Facsimile: (214) 481-1844
        E-mail: Josh@HedrickKring.com
        E-mail: Joel@HedrickKring.com

        and

Samuel M. Stricklin, Esquire
**STRICKLIN LAW FIRM, P.C.**
Palisade Central II
2435 North Central Expressway
Suite 1200
Richardson, Texas 75080
Telephone 972-2388687
E-mail: Sam.stricklin@stricklaw.pro

*Counsel for Plaintiff-Official Committee of Unsecured Creditors*