# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD LC, INC., *et al.*,[1]<br>                Debtors. | Chapter 11<br><br>Case No. 19-11791 (BLS)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS of OLD LC, INC., *et al.*, for and on behalf of the ESTATES OF OLD LC, INC., *et al.*,<br>                Plaintiff,<br><br>v.<br><br>UPFRONT V, LP, BREAKWATER CREDIT OPPORTUNITIES FUND, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER, GREGORY BETTINELLI, SAIF MANSOUR,[2] AAMIR AMDANI, ERIC BECKMAN, DARRICK GEAND, and JOSEPH KACZOROWSKI,<br>                Defendants. | Adv. No. 20-51002 (BLS) |

## NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF CHRISTOPHER DAVIS TO SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE

**PLEASE TAKE NOTICE THAT** pursuant to Rule 45 of the Federal Rules of Civil

Procedure, made applicable to the above-captioned Adversary Proceeding by Rule 9016 of the

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309. The Debtors were formerly named Loot Crate, Inc., Loot Crate Holdings, Inc., LC Funding, Inc., and Loot Crate Parent, Inc. Following the closing of the sale of substantially all of the Debtors' assets, the Debtors filed the necessary documentation in the applicable jurisdictions to change their corporate names and filed the *Notice of Changes of Debtors' Names and Case Caption* [D.I. 265] with the Court, all in accordance with the terms of the sale and the order approving the same [D.I. 254].

[2] A motion to substitute Defendant Saif Mansour's executor as defendant is pending [D.I. 128]; caption reflects original Defendant until such time.

605240834

Federal Rules of Bankruptcy Procedure, on the 20th day of May 2022, a true and correct copy of the ***RESPONSES AND OBJECTIONS OF CHRISTOPHER DAVIS TO SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE*** was served via electronic mail to each of the parties on the attached Exhibit A at the email addresses indicated.

Dated: May 20, 2022

                    **BRYAN CAVE LEIGHTON PAISNER LLP**

                    */s/ Mark I. Duedall*
                    Mark I. Duedall (No. 3346)
                    1201 W. Peachtree Street, NW, 14th Floor
                    Atlanta, Georgia 30309-3471
                    Telephone: (404) 572-6600
                    Facsimile: (404) 572-6999
                    Email: mark.duedall@bclplaw.com

                    *Counsel to the Debtors*

# Exhibit A
## Parties Served

| | |
|---|---|
| Jeffrey R. Waxman<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br><br>Email: jwaxman@morrisjames.com<br><br>*Counsel for Plaintiff* | Joel B. Bailey<br>Joshua L. Hedrick<br>Hedrick Kring, PLLC<br>1700 Pacific Avenue, Suite 4650<br>Dallas, TX 75201<br><br>Email: josh@HedrickKring.com<br>Email: joel@HedrickKring.com<br><br>*Counsel for Plaintiff* |
| Samuel M. Stricklin<br>Stricklin Law Firm, P.C.<br>Palisade Central II<br>2435 North Central Expressway<br>Suite 1200<br>Richardson, TX 75080<br><br>Email: sam.stricklin@stricklaw.pro<br><br>*Counsel for Plaintiff* | Joshua Dorchak<br>T. Charlie Liu<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Email: charlie.liu@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br><br>*Counsel for Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant and Joseph Kaczorowski* |
| Dean A. Ziehl<br>James K. T. Hunter<br>Colin R. Robinson<br>Cia H. Mackle<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br><br>Email: dziehl@pszjlaw.com<br>Email: jhunter@pszjlaw.com<br>Email: crobinson@pszjlaw.com<br>Email: cmackle@pszjlaw.com<br><br>*Counsel for Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli* | Jody C. Barillare<br>Morgan, Lewis & Bockius LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br><br>Email: jody.barillare@morganlewis.com<br><br>*Counsel for Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant and Joseph Kaczorowski* |

605240834

Sabin Willett
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726

Email: sabin.willett@morganlewis.com

*Counsel for Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant and Joseph Kaczorowski*