**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: <br><br> OLD LC, INC., *et al.*,[1] <br> Debtors. | ) | Chapter 11 <br><br> Case No. 19-11791 (BLS) <br><br> (Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS of OLD LC, INC., *et al.*, for and on behalf of the ESTATES OF OLD LC, INC., *et al.*, <br> Plaintiff, <br><br> v. <br><br> UPFRONT V, LP, BREAKWATER CREDIT OPPORTUNITIES FUND, L.P., UPFRONT GP V, LLC, MARK SUSTER, DANA KIBLER, GREGORY BETTINELLI, SAIF MANSOUR,[2] AAMIR AMDANI, ERIC BECKMAN, DARRICK GEAND, and JOSEPH KACZOROWSKI, <br><br> Defendants. | ) | Adv. No. 20-51002 (BLS) |

**NOTICE OF SERVICE OF CHRISTOPHER DAVIS DISCOVERY RESPONSES**

**PLEASE TAKE NOTICE THAT** pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to the above-captioned Adversary Proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, on the 27th day of May 2022, a true and correct copy of

---

1 The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309. The Debtors were formerly named Loot Crate, Inc., Loot Crate Holdings, Inc., LC Funding, Inc., and Loot Crate Parent, Inc. Following the closing of the sale of substantially all of the Debtors' assets, the Debtors filed the necessary documentation in the applicable jurisdictions to change their corporate names and filed the *Notice of Changes of Debtors' Names and Case Caption* [D.I. 265] with the Court, all in accordance with the terms of the sale and the order approving the same [D.I. 254].

2 A motion to substitute Defendant Saif Mansour's executor as defendant is pending [D.I. 128]; caption reflects original Defendant until such time.

a production set of documents was served via electronic mail to each of the parties on the attached Exhibit A at the email addresses indicated pursuant to the Document Requests set forth in the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* dated March 31, 2022 (the "***Subpoena***")[3] served upon Mr. Davis by Colin R. Robinson, of Pachulski Stang & Jones LLP, counsel for Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli.

Dated: May 27, 2022

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Mark I. Duedall*
Mark I. Duedall (No. 3346)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: mark.duedall@bclplaw.com

*Counsel to the Debtors*

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Subpoena.

# Exhibit A

## Parties Served

Jeffrey R. Waxman
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Email: jwaxman@morrisjames.com

*Counsel for Plaintiff*

Joel B. Bailey
Joshua L. Hedrick
Hedrick Kring, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201

Email: josh@HedrickKring.com
Email: joel@HedrickKring.com

*Counsel for Plaintiff*

Samuel M. Stricklin
Stricklin Law Firm, P.C.
Palisade Central II
2435 North Central Expressway
Suite 1200
Richardson, TX 75080

Email: sam.stricklin@stricklaw.pro

*Counsel for Plaintiff*

Joshua Dorchak
T. Charlie Liu
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Email: charlie.liu@morganlewis.com
Email: joshua.dorchak@morganlewis.com

*Counsel for Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant and Joseph Kaczorowski*

Dean A. Ziehl
James K. T. Hunter
Colin R. Robinson
Cia H. Mackle
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Email: dziehl@pszjlaw.com
Email: jhunter @pszjlaw.com
Email: crobinson@pszjlaw.com
Email: cmackle@pszjlaw.com

*Counsel for Upfront V, LP, Upfront GP V, LLC, Mark Suster, Dana Kibler and Gregory Bettinelli*

Jody C. Barillare
Morgan, Lewis & Bockius LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801

Email: jody.barillare@morganlewis.com

*Counsel for Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant and Joseph Kaczorowski*

Sabin Willett
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726

Email: sabin.willett@morganlewis.com

*Counsel for Breakwater Credit Opportunities Fund, L.P., Saif Mansour, Aamir Amdani, Eric Beckman, Darrick Geant and Joseph Kaczorowski*